# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| AIX SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>RK CONSTRUCTION, LLC, d.b.a. RK CONSTRUCTION,<br><br>Defendant. | CV 25-73-BU-WWM<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |

Upon consideration of the parties' Stipulated Motion to Dismiss with Prejudice (Doc. 18), and for good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned matter is dismissed with prejudice and that each party shall bear its own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this Order and close the case file.

DATED this 18th day of May, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE